

FILED

JAN 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant Dustin Cassady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>DUSTIN CASSADY,<br>Defendant. | **CASE NO. 2:11-mj-00018-DAD-1**<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE DETENTION HEARING** |

The defendant, Dustin Cassady, requests, and the government agrees to continue the detention hearing in the above-referenced matter to January 31, 2011 at 2:00 p.m., before the Magistrate Judge Gregory G. Hollows.

Time is excluded pursuant to all applicable rules.

DATED: January 24, 2011

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant Dustin Cassady

DATED: January 24, 2011

/s/ Matthew Morris
MATTHEW MORRIS
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 24, 2011

Dale A. Drozd
**THE HON. DALE A. DROZD**
United States District Court